UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JEFFERY A. DEER                                                    PETITIONER

V.                                              CIVIL ACTION NO. 3:12CV180 DPJ-FKB

JOHN WRIGHT                                                        RESPONDENT

CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case,

in which the detention complained of arises out of process issued by a state court or a proceeding

pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of

28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the

Rules Governing Section 2254 Cases in the United States District Courts,  hereby finds that:

A Certificate of Appealability should not issue.  The applicant has failed to make a
substantial showing of the denial of a constitutional right.

**SO ORDERED AND ADJUDGED** this the 27th day of December, 2012.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE